IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CEDAR HAVEN ACQUISITION, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-11736 (CSS) <br><br> **Related Docket No. 257** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned proceeding:

- March 23, 2020 at 1:00 p.m. (*Prevailing* Eastern Time)

**Dated: February 25th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**