# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CEDAR HAVEN ACQUISITION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11736 (CSS)<br><br>**Related Docket Nos. 266, 268, 271, 274 and 275** |

## NOTICE OF RESCHEDULED OMNIBUS AND INTERIM FEE HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for May 8, 2020 at 4:00 p.m. (*prevailing* Eastern Time) (the "**May 8 Hearing**") has been rescheduled for May 21, 2020 at 2:00 p.m. (*prevailing* Eastern Time) (the "**May 21 Hearing**") at the direction of the Court.

**PLEASE TAKE FURTHER NOTICE** that all matters originally scheduled to go forward at the May 8 Hearing will now go forward at the May 21 Hearing before The Honorable Christopher S. Sontchi, Chief Judge of the United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Dated:  April 22, 2020
        Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:       (302) 295-0199
Email:             chipman@chipmanbrown.com
                  olivere@chipmanbrown.com

*Counsel for Debtor and Debtor-in-Possession*

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400). The mailing address for the Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.