**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CEDAR HAVEN ACQUISITION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11736 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MAY 21, 2020 AT 2:00 P.M. (*PREVAILING* EASTERN TIME)[2]**

**I.    SECOND INTERIM FEE APPLICATIONS (*SEE* INDEX AND CHART ATTACHED AS EXHIBIT A):**

1.  Second Interim Application of Chipman Brown Cicero & Cole, LLP, as Counsel for the Debtor and Debtor-in-Possession for Compensation and Reimbursement of Expenses for the Period from November 1, 2019, through and Including January 31, 2020, filed on March 11, 2020 [Docket No. 268].

    Objection Deadline:    April 7, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:   None.

    Related Pleadings:

    A.    Certification of Counsel Regarding Second Interim Fee Applications of Professionals, filed on May 19, 2020 [Docket No. 315].

    Status: A certification of counsel and proposed order have been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

2.  Second Interim Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through January 31, 2020, filed on March 16, 2020 [Docket No. 271].

    Objection Deadline:    April 6, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:   None.

---

[1]   The Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400). The mailing address for the Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.

[2]   The hearing will be held before the Honorable Christopher S. Sontchi, Chief Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at (866) 582-6878.

Related Pleadings:

A. Certification of Counsel Regarding Second Interim Fee Applications of Professionals, filed on May 19, 2020 [Docket No. 315].

Status: A certification of counsel and proposed order have been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

3. Second Interim Application of Ryniker Consultants LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through January 31, 2020, filed on March 16, 2020 [Docket No. 274].

Objection Deadline: April 6, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: None.

Related Pleadings:

A. Certification of Counsel Regarding Second Interim Fee Applications of Professionals, filed on May 19, 2020 [Docket No. 315].

Status: A certification of counsel and proposed order have been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

Dated: May 19, 2020
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199
Email:  chipman@chipmanbrown.com
desgross@chipmanbrown.com
olivere@chipmanbrown.com

*Counsel for the Debtor and Debtor-in-Possession*

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CEDAR HAVEN ACQUISITION, LLC,[1] | Case No. 19-11736 (CSS) |
| Debtor. | |

**INDEX REGARDING FEE APPLICATION HEARING SCHEDULED
FOR MAY 21, 2020 AT 2:00 P.M. (*PREVAILING* EASTERN TIME)**

1. Second Interim Application of Chipman Brown Cicero & Cole, LLP, as Counsel for the Debtor and Debtor-in-Possession for Compensation and Reimbursement of Expenses for the Period from November 1, 2019, through and Including January 31, 2020, filed on March 11, 2020 [Docket No. 268]

    a. Fourth Monthly Application of Chipman Brown Cicero & Cole, LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor-in-Possession for the Period from November 1, 2019 Through and Including November 30, 2019, filed on December 6, 2019 [Docket No. 198]

    b. Certificate of No Objection Regarding Fourth Monthly Application of Chipman Brown Cicero & Cole, LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor-in-Possession for the Period from November 1, 2019 Through and Including November 30, 2019, filed on December 30, 2019 [Docket No. 219]

    c. Fifth Monthly Application of Chipman Brown Cicero & Cole, LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor-in-Possession for the Period from December 1, 2019 Through and Including December 31, 2019, filed on January 10, 2020 [Docket No. 224]

    d. Certificate of No Objection Regarding Fifth Monthly Application of Chipman Brown Cicero & Cole, LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor-in-Possession for the Period from December 1, 2019 Through and Including December 31, 2019, filed on February 3, 2020 [Docket No. 245]

    e. Sixth Monthly Application of Chipman Brown Cicero & Cole, LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor-in-Possession for the Period from January 1, 2020 Through and Including January 31, 2020, filed on February 7, 2020 [Docket No. 246]

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400).  The mailing address for the Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.

  f.  Certificate of No Objection Regarding Sixth Monthly Application of Chipman Brown Cicero & Cole, LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor-in-Possession for the Period from January 1, 2020 Through and Including January 31, 2020, filed on March 2, 2020 [Docket No. 264]

2. Second Interim Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through January 31, 2020, filed on March 16, 2020 [Docket No. 271]

  a.  Third Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through November 30, 2019, filed on December 20, 2019 [Docket No. 218]

  b.  Certificate of No Objection Regarding Third Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through November 30, 2019, filed on January 13, 2020 [Docket No. 227]

  c.  Fourth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period December 1, 2019 Through December 31, 2019, filed on January 22, 2020 [Docket No. 241]

  d.  Certificate of No Objection Regarding Fourth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period December 1, 2019 Through December 31, 2019, filed on February 13, 2020 [Docket No. 250]

  e.  Fifth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period January 1, 2020 Through January 31, 2020, filed on February 21, 2020 [Docket No. 256]

      f.      Certificate of No Objection Regarding Fifth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period January 1, 2020 Through January 31, 2020, filed on March 16, 2020 [Docket No. 270]

3.      Second Interim Fee Application of Ryniker Consultants LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through January 31, 2020, filed on March 16, 2020 [Docket No. 274]

      a.      Third Monthly Application of Ryniker Consultants LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through November 30, 2019, filed on December 30, 2019 [Docket No. 220]

      b.      Certificate of No Objection Regarding Third Monthly Application of Ryniker Consultants LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period November 1, 2019 Through November 30, 2019, filed on January 22, 2020 [Docket No. 242]

      c.      Fourth Monthly Application of Ryniker Consultants LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period December 1, 2019 Through December 31, 2019, filed on March 16, 2020 [Docket No. 272]

      d.      Fifth Monthly Application of Ryniker Consultants LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period January 1, 2020 Through January 31, 2020, filed on March 16, 2020 [Docket No. 273]