# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CEDAR HAVEN ACQUISITION, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11736 (JKS)<br><br>Re: Docket No. 576 |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTIETH MONTHLY APPLICATION OF RYNIKER CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CEDAR HAVEN ACQUISITION, LLC FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the *Twentieth Monthly Application of Ryniker Consultants LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period April 1, 2021 Through April 30, 2021* [Docket No. 576] (the "Application") of Ryniker Consultants LLC (the "Applicant"). The undersigned further certifies that he has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the *Order Granting Motion of the Debtor for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code* [Docket No. 87] (the "Interim Compensation Order") entered

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400). The mailing address for the Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty-one (21) days after the date of service to object to the Application.

IMPAC 7291249v.1

September 4, 2019, the Debtor is authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

Dated: July 9, 2021
      Wilmington, Delaware

Respectfully submitted,

*/s/ Aaron H. Stulman*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  csamis@potteranderson.com
       kgood@potteranderson.com
       astulman@potteranderson.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

## CEDAR HAVEN ACQUISITION, LLC
## CASE NO. 19-11736 (JKS)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ryniker Consultants LLC [Docket No. 576] | 4/1/21 - 4/30/21 | $600.00 (Fees) $0.00 (Expenses) | $480.00 (Fees @ 80%) $0.00 (Expenses @ 100%) | 6/17/21 | 7/8/21 |

IMPAC 7291249v.1