**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CEDAR HAVEN ACQUISITION, LLC,[1] | Case No. 19-11736 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 3, 2022 AT 3:00 P.M. (*PREVAILING* EASTERN TIME)**

---

**PLEASE NOTE THAT THE HEARING WILL BE CONDUCTED ENTIRELY *VIA* ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE NO LATER THAN 4:00 P.M. (*PREVAILING* EASTERN TIME) ON FEBRUARY 2, 2022**

**\*COURTCALL WILL NOT BE USED TO DIAL IN\***

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItd-yspj4uE0AWwGf_Rh3qf79aa3n8Vo8

---

I. **UNCONTESTED MATTER GOING FORWARD:**

1. Ninth Interim Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period August 1, 2021 through October 31, 2021, filed on December 15, 2021 [Docket No. 687].

    Objection Deadline:    January 5, 2022 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:  None.

    Related Pleadings:

    A. Certificate of No Objection Regarding Ninth Interim Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Cedar Haven Acquisition, LLC for the Period August 1, 2021 through October 31, 2021, filed on January 6, 2022 [Docket No. 703].

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400). The mailing address for the Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.

00021557.1

<u>Status</u>: This matter will go forward.

**II.    STATUS CONFERENCE:**

At the Court's request, a status conference will go forward.

| | |
|---|---|
| Dated: February 1, 2022<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:     (302) 295-0199<br>Email:           chipman@chipmanbrown.com<br>                      olivere@chipmanbrown.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |