**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CEDAR HAVEN ACQUISITION, LLC,[1] | Case No. 19-11736 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JUNE 7, 2022 AT 2:30 P.M. (*PREVAILING* EASTERN TIME)**

**PLEASE NOTE THAT THE HEARING WILL BE CONDUCTED ENTIRELY *VIA* ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE NO LATER THAN 12:00 P.M. (*PREVAILING* EASTERN TIME) ON JUNE 7, 2022**

***CourtCall WILL NOT BE USED TO DIAL IN***

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItdeiurDoqE6ZbvA2NUXtk3w2K3MtNShI

**I.    MATTER(S) FILED UNDER CERTIFICATE OF NO OBJECTION:**

1. Motion of Debtor for Entry of an Order (A) Authorizing the Debtor to Reject PharmScript, L.L.C. Pharmaceutical Services Contract Effective as of June 30, 2022 and (B) Granting Related Relief, filed on May 9, 2022 [Docket No. 830].

    Objection Deadline:    May 31, 2022 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection, filed on June 1, 2022 [Docket No. 845].

    B.    Order Authorizing the Debtor to Reject PharmScript, L.L.C. Pharmaceutical Services Contract Effective as of June 30, 2022 and Granting Related Relief, entered on June 2, 2022 [Docket No. 849].

    Status: The order has been entered. Therefore, no hearing is necessary.

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400). The mailing address for the Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.

00029797.3

2. Debtor's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings, filed on May 9, 2022 [Docket No. 831].

   Objection Deadline:    May 31, 2022 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received:  None.

   Related Pleadings:

   A.   Certificate of No Objection, filed on June 1, 2022 [Docket No. 846].

   B.   Order Further Extending the Time to File Notices of Removal of Related Proceedings Pursuant to Federal Rule of Bankruptcy Procedure 9006(b), entered on June 2, 2022 [Docket No. 850].

   Status: The order has been entered. Therefore, no hearing is necessary.

II. **STATUS CONFERENCE:**

3. Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions, filed on February 25, 2022 [Docket No. 750].

   Objection Deadline:    April 13, 2022 at 4:00 p.m. (*prevailing* Eastern Time). The objection deadline has been extended to April 15, 2022 at 4:00 p.m. (*prevailing* Eastern Time) for PharmScript LLC and April 22, 2022 at 4:00 p.m. (*prevailing* Eastern Time) for the United States Attorney's Office, District of Delaware.

   Responses Received:

   A.   Objection of 590 South 5th Avenue, LLC to Confirmation of the Debtor's First Amended Combined Disclosure Statement and Plan of Reorganization, filed on April 14, 2022 [Docket No. 803].

   B.   Informal comments have been received from the following parties:

        (i)     Official Committee of Unsecured Creditors;

        (ii)    Capital Finance, LLC;

        (iii)   Capital Funding, LLC;

        (iv)    Stone Barn Holdings, LLC;

    (v)    United States Department of Health and Human Services; and

    (vi)    PharmScript, LLC

Related Pleadings:

A. Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on February 25, 2022 [Docket No. 749].

B. First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on March 15, 2022 [Docket No. 760].

C. Notice of Filing of First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on March 15, 2022 [Docket No. 761].

D. Notice of Filing of Order (I) Conditionally Approving Combined Plan and Disclosure Statement for Solicitation Purposes Only on Shortened Notice, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing Voting Record Date, (V) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Notice Procedures, entered on March 16, 2022 [Docket No. 763].

E. Order (I) Conditionally Approving Combined Plan and Disclosure Statement for Solicitation Purposes Only on Shortened Notice, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing Voting Record Date, (V) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Notice Procedures, entered on March 17, 2022 [Docket No. 766].

F. Affidavit of Service, filed on March 23, 2022 [Docket No. 785].

G. Supplemental Affidavit of Service, filed on April 8, 2022 [Docket No. 797].

H. Supplemental Affidavit of Service, filed on April 15, 2022 [Docket No. 808].

Status: This matter is going forward as a status conference only.

## [SIGNATURE PAGE TO FOLLOW]

| | |
|---|---|
| Dated: June 3, 2022<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:         chipman@chipmanbrown.com<br>                    olivere@chipmanbrown.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |