**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CEDAR HAVEN ACQUISITION, LLC,[1] | Case No. 19-11736 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS FOR STATUS CONFERENCE SCHEDULED FOR ON JULY 26, 2022 AT 4:30 P.M. (*PREVAILING* EASTERN TIME)**

> **PLEASE NOTE THAT THE STATUS CONFERENCE WILL BE CONDUCTED ENTIRELY *VIA* ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE NO LATER THAN 12:00 P.M. (*PREVAILING* EASTERN TIME) ON JULY 25, 2022**
>
> ***COURTCALL WILL NOT BE USED TO DIAL IN***
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE STATUS CONFERENCE:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsduyhrDgpErjydWSHcnmV87tLEZuJlFE

**I.   STATUS CONFERENCE:**

1. Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions, filed on February 25, 2022 [Docket No. 750].

   Objection Deadline:   April 13, 2022 at 4:00 p.m. (*prevailing* Eastern Time). The objection deadline has been extended to April 15, 2022 at 4:00 p.m. (*prevailing* Eastern Time) for PharmScript LLC and April 22, 2022 at 4:00 p.m. (*prevailing* Eastern Time) for the United States Attorney's Office, District of Delaware.

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400).  The mailing address for the Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.

Responses Received:

A. Objection of 590 South 5th Avenue, LLC to Confirmation of the Debtor's First Amended Combined Disclosure Statement and Plan of Reorganization, filed on April 14, 2022 [Docket No. 803].

   (i) Withdrawal of Objection of 590 South 5th Avenue, LLC to Confirmation of the Debtor's First Amended Combined Disclosure Statement and Plan of Reorganization and Change of Vote, with Reservation of Rights, filed on July 14, 2022 [Docket No. 893].

B. Informal comments have been received from the following parties:

   (i) Official Committee of Unsecured Creditors;

   (ii) Capital Finance, LLC;

   (iii) Capital Funding, LLC;

   (iv) Stone Barn Holdings, LLC;

   (v) United States Department of Health and Human Services; and

   (vi) PharmScript, LLC

Related Pleadings:

A. Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on February 25, 2022 [Docket No. 749].

B. First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on March 15, 2022 [Docket No. 760].

C. Notice of Filing of First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on March 15, 2022 [Docket No. 761].

D. Notice of Filing of Order (I) Conditionally Approving Combined Plan and Disclosure Statement for Solicitation Purposes Only on Shortened Notice, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing Voting Record Date, (V) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Notice Procedures, entered on March 16, 2022 [Docket No. 763].

E. Order (I) Conditionally Approving Combined Plan and Disclosure Statement for Solicitation Purposes Only on Shortened Notice, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Plan and Disclosure Statement, (III) Approving the Form of Ballot and Solicitation Materials, (IV) Establishing Voting Record Date, (V) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Notice Procedures, entered on March 17, 2022 [Docket No. 766].

F. Affidavit of Service, filed on March 23, 2022 [Docket No. 785].

G. Supplemental Affidavit of Service, filed on April 8, 2022 [Docket No. 797].

H. Supplemental Affidavit of Service, filed on April 15, 2022 [Docket No. 808].

I. Supplemental Affidavit of Service, filed on April 29, 2022 [Docket No. 820].

J. Certification of Counsel Regarding Amended Confirmation Notice, filed on June 10, 2022 [Docket No. 861].

K. Order Approving Amended Confirmation Notice, entered on July 10, 2022 [Docket No. 864].

L. Affidavit of Service, filed on June 16, 2022 [Docket No. 868].

M. Supplemental Affidavit of Service, filed on June 24, 2022 [Docket No. 874].

N. Supplemental Affidavit of Service, filed on July 1, 2022 [Docket No. 878].

O. Supplemental Affidavit of Service, filed on July 8, 2022 [Docket No. 890].

P. Supplemental Affidavit of Service, filed on July 8, 2022 [Docket No. 891].

Q. Certification of Stretto Regarding Tabulation of Votes in Connection with the First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on July 14, 2022 [Docket No. 894].

R. Declaration of Charles B. Blalack in Support of Confirmation of the First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on July 14, 2022 [Docket No. 895].

S. Debtor's Memorandum of Law in Support of Entry of an Order Confirming the First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, LLC, filed on July 14, 2022 [Docket No. 896].

T.  Notice of Filing Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Cedar Haven Acquisition, filed on July 14, 2022 [Docket No. 897].

Status: This matter is going forward as a status conference only.

Dated: July 22, 2022
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

*Counsel for the Debtor and Debtor-in-Possession*