# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CEDAR HAVEN ACQUISITION, LLC,[1] | Case No. 19-11736 (JKS) |
| Reorganized Debtor. | Hearing Date: November 2, 2022 at 10:00 a.m. (*prevailing* Eastern Time)<br>Objection Deadline: October 26, 2022 at 4:00 p.m. (*prevailing* Eastern Time) |

## NOTICE OF REORGANIZED DEBTOR'S MOTION FOR ORDER (I) GRANTING FINAL DECREE CLOSING THE CHAPTER 11 CASE OF CEDAR HAVEN ACQUISITION, LLC AND (II) TERMINATING CLAIMS AND NOTICING SERVICES

**PLEASE TAKE NOTICE** that on September 19, 2022, the above-captioned reorganized debtor (the "**Reorganized Debtor**") filed *Reorganized Debtor's Motion for Order (I) Granting Final Decree Closing the Chapter 11 Case of Cedar Haven Acquisition, LLC and (II) Terminating Claims and Noticing Services* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, responses, if any, to the Motion, must be filed on or before **October 26, 2022 at 4:00 p.m. (*prevailing* Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline: (a) **REORGANIZED DEBTOR**, *Cedar Haven Acquisition, LLC* (*Email:* cblalack@stonebarnholdings.com); (b) **COUNSEL FOR THE REORGANIZED DEBTOR**, *Chipman Brown Cicero & Cole, LLP* (*Attn*: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire) (*Email:* chipman@chipmanbrown.com and olivere@chipmanbrown.com); (c) **COUNSEL TO CAPITAL FINANCE, LLC**, *Miles & Stockbridge P.C.* (*Attn*: Joel L. Perrell, Jr., Esquire) (*Email:* jperrell@milesstockbridge.com); (d) **COUNSEL FOR CAPITAL FUNDING, LLC**, *Whiteford Taylor Preston LLP*, (*Attn*: Edward U. Lee III, Esquire and Daniel R. Schimizzi, Esquire) (*Email:* elee@wtplaw.com and dschimizzi@wtplaw.com); (e) **COUNSEL TO LANDLORD**, *Duane Morris LLP*, (*Attn:* John R. Weiss, Esquire, Neville M. Bilimoria, Esquire, and Michael R. Lastowski, Esquire) (*Email:* jrweiss@duanemorris.com, nmbilimoria@duanemorris.com, and mlastowski@duanemorris.com); (f) **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**, *Potter Anderson & Corroon LLP* (*Attn:* Christopher M. Samis, Esquire, L. Katherine Good, Esquire, and Aaron H. Stulman, Esquire (*Email:* csamis@potteranderson.com, kgood@potteranderson.com, and

---

[1] The Reorganized Debtor in this case, along with the last four digits of the federal tax identification numbers, is Cedar Haven Acquisition, LLC (8400). The mailing address for the Reorganized Debtor is 590 South 5th Avenue, Lebanon, Pennsylvania 17042.

astulman@potteranderson.com); and (g) *Office of the United States Trustee* (*Attn*: Timothy J. Fox, Esquire) (Email: timothy.fox@usdoj.gov).

  PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 2, 2022 AT 10:00 A.M. (*PREVAILING* EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th Floor, COURTROOM 6, WILMINGTON, DELAWARE 19801.

  PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 19, 2022      **CHIPMAN BROWN CICERO & COLE, LLP**
   Wilmington, Delaware

               */s/ William E. Chipman, Jr.*
               William E. Chipman, Jr. (No. 3818)
               Mark D. Olivere (No. 4291)
               Hercules Plaza
               1313 North Market Street, Suite 5400
               Wilmington, Delaware 19801
               Telephone: (302) 295-0191
               Facsimile: (302) 295-0199
               Email:  chipman@chipmanbrown.com
                  olivere@chipmanbrown.com

               *Counsel for the Reorganized Debtor*